IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**K7 DESIGN GROUP, INC.**                                                              **PLAINTIFF**

v.                                          **CASE NO. 5:21-CV-5069**

**WALMART INC.  d/b/a SAM'S CLUB**                                      **DEFENDANT**

## JUDGMENT

On June 5, 2023, this matter came before the Court for jury trial, and Plaintiff, K7 Design Group, Inc., appeared in person and by its attorneys, David B. Newman, Joseph B. Shumofsky, Ahmed J. Kassim and Kirkman T. Dougherty, and Defendant, Walmart, Inc. d/b/a/ Sam's Club, appeared in person and by its attorneys, John Tull, Vincent Chadick, Ryan Younger, and Glenn Larkin.  A jury composed of eight members of the regular panel of petit Jurors of this Court was selected, impaneled, and sworn according to law, and the trial was conducted on June 5-9, 2023. After hearing all of the evidence introduced, the instructions of the Court, and the arguments of counsel, the Jury retired to consider its verdict, and, after deliberating thereon, returned its verdict – answers to interrogatories – which were filed of record on June 9, 2023.  (See Redacted ECF No. 191; Un-redacted ECF No. 190).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff, K7 Design Group, Inc., is hereby awarded **JUDGMENT** over and against Defendant, Walmart, Inc. d/b/a Sam's Club, in the total amount of **$8,607,540.28,** calculated by adding the Jury's award of compensatory damages to Plaintiff in Interrogatory No. 4 ($7,157,426.14) to the amount of recoverable prejudgment interest

($1,450,114.14)[1].

This Judgment shall accrue post-judgment interest from and after this date as provided by 28 U.S.C. §1961(a), with an applicable post-judgment interest rate of 5.35%[2] published by the Federal Reserve on July 20, 2023.

**IT IS SO ORDERED** this 24th day of July 2023.

*Christy Comstock*
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Prejudgment interest was calculated pursuant to Ark. Code Ann. § 16-65-114(a)(1)(A) to be an annual rate of 7.25%. Overruling Defendant's objections (ECF No. 194); using a commencement date of October 7, 2020, as supported by evidence admitted during trial; and engaging in a simple interest calculation using the damages awarded in Interrogatory No. 4, the Court finds pre-judgment interest accrued at a daily rate of $1,421.68.

[2] See https://fred.stlouisfed.org/series/DGS1.